**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rodney Dan Myers,

Petitioner,

v.

Ryan Thornell, et al.,

Respondents.

No. CV-25-01961-PHX-SMB

**ORDER**

United States Magistrate Judge Michael T. Morrissey has issued a Report and Recommendation ("R&R") (Doc. 22) recommending that Petition at ECF No. 1 be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Camille D. Bibles. The Court will accept and adopt the R&R. Petitioner filed a Petition for Extension of Time (Doc. 24). However, the motion does not state what he wants an extension of time for and does not state the reason for the extension. Therefore, Petitioner's request for an extension of time will be denied.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of

Magistrate Judge Morrissey (Docs. 24) is accepted.

**IT IS FURTHER ORDERED** denying the Petition and dismissing this case with prejudice.

**IT IS FURTHER ORDERED** denying Petitioners' Petition for Extension of Time (Doc. 24).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this case.

Dated this 30th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge